FREDERICK A. O'NEIL, Respondent, v. ROMAN BATHS COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE H. PERRY, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.; Clarke, P. J., and Page, J., dissenting.

ROBERT T. SHELDON and Others, as Committee of Bondholders of ST. GEORGE'S LUMBER COMPANY, LIMITED, etc., Respondents, v. ALMIRA S. KNOPF, as Executrix, etc., of AUGUST E. KNOPF, Deceased, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to withdraw demurrer and to answer on payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

WILLIAM H. DALY, Appellant, v. GEORGE W. WEBB, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

JOHN M. RIEHLE & CO., INC., Appellant, v. LONDON & LANCASHIRE INDEMNITY COMPANY OF AMERICA, Respondent.— Determination affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

WILLIAM FELSINGER and Others, as Executors, etc., of JAMES L. WANDLING, Deceased, Respondents, v. JAMES CLYDE WANDLING, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

FRANK M. BENNET and Others, Committee in Charge of the Business of LOUIS H. FOSTER, Respondents, v. HERX & EDDY, INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

FRANCESCO GUZZI, Respondent, v. THE CITY OF NEW YORK, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

FORBES J. HOLLAND, Respondent, v. SINGER SEWING MACHINE COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

JOSEPH A. ARCHER, Appellant, v. THE NEW YORK TRANSFER COMPANY, Defendant, Impleaded with THE WESTCOTT EXPRESS COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.; Laughlin, J., dissenting.

ARTHUR S. BARNES, Respondent, v. J. ARTHUR HILTON, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

ISADOR WEINBERG, Doing Business under the Firm Name and Style of A. WEINBERG, Respondent, v. MORRIS LOWENSTEIN, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.